# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

WIRTZ BEVERAGE NEVADA BEER, INC., f/k/a MONARCH BEVERAGE COMPANY, a Nevada corporation,

        Plaintiff,

vs.

PETER R. WIRTZ, W. ROCKWELL WIRTZ, and DONALD F. HUNTER, as co-trustees to THE WILLIAM W. WIRTZ TRUST, dated September 2, 1999, as amended and restated, and W. ROCKWELL WIRTZ, individually,

        Defendants.

Case No.: 2:11-cv-01513-GMN-PAL

**ORDER**

      Before the Court is Defendant Wirtz Beverage Nevada Beer, Inc., f/k/a Monarch Beverage Company's ("Monarch") Emergency Motion to Stay Further Briefing Regarding Co-Trustee Peter R. Wirtz's Motion to Dismiss Complaint Pending Resolution of Monarch's Motion to Remand ("Emergency Motion") (ECF No. 7).

      On September 21, 2011, Co-Defendant and Co-Trustee Peter R. Wirtz filed a Petition for Removal (ECF No. 1) and a Motion to Dismiss (ECF No. 2). A week later, Monarch filed a Motion to Remand (ECF No. 8) and its Emergency Motion (ECF No. 7).

      In support of its request for a stay, Monarch argues that "the entry of a stay will conserve judicial resources because this Court's review of the Motion to Dismiss is likely to be unnecessary based upon the result of the Motion to Remand." (Emergency Motion 2:¶6.)

      The Court agrees that a stay is warranted, pending resolution of Monarch's Motion to Remand.

**IT IS HEREBY ORDERED** that the Emergency Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Co-Defendant and Co-Trustee Peter R. Wirtz's Motion to Dismiss is **STAYED** pending this Court's resolution of Monarch's Motion to Remand.

DATED this 5th day of October, 2011.

_____
Gloria M. Navarro
United States District Judge